JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES McCARNS,<br><br>         Plaintiff,<br><br>    vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; and TOYOTA MOTOR SALES, U.S.A., INC. LONG TERM DISABILITY PLAN,<br><br>         Defendants. | Case No: CV10-01805 JFW(CWx)<br><br>ORDER **RE  STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

# O R D E R

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  December 22, 2010

_____
HONORABLE JOHN F. WALTER
Judge of the U.S. District Court